**Order entered September 19, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00698-CV

### IN THE INTEREST OF K.W., A CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-55854-2017**

## ORDER

Before the Court is appellant's September 7, 2022 motion to remove three attorneys as counsel for appellee. We **DENY** the motion.

In the notice of appeal, appellant states he is appealing the trial court's July 13, 2022 order denying his motion to recuse Judge Lyndsey Wynne. An order denying a motion to recuse may be reviewed only on appeal from the final judgment. *See* TEX. R. CIV. P. 18a(j)(1)(A). According to the trial court's website, a final judgment has not been rendered. Thus, it appears we do not have jurisdiction over this appeal.

So that we can determine our jurisdiction over this appeal, appellant is directed to file, on or before **September 30, 2022**, a letter brief addressing the jurisdictional issue. Appellee may file a responsive letter brief within ten days of appellant's letter brief. We caution appellant that failure to file a letter brief within the time specified may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a), (c).

We **SUSPEND** the current deadline for the clerk's and reporter's records. Should we determine we have jurisdiction over the appeal, we will set a new deadline.

We **DIRECT** the Clerk of this Court to send a copy of this order to Lynne Finley, Collin County District Clerk; Robin Benton, Official Court Reporter for the 468th Judicial District Court; and, all parties.

/s/    BILL PEDERSEN, III
       JUSTICE